1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
9                                        AT SEATTLE

10

11    LUIS SANCHEZ-ALFONSO,

12                  Petitioner,                         CASE NO. C12-1923RSM

13           v.

14    ERIC H. HOLDER, JR., Attorney General of the      ORDER ADOPTING REPORT AND
      United States, et al.,                            RECOMMENDATION AND
                                                        DISMISSING ACTION
15                  Respondent.

16

17
             This matter is before the Court for consideration of a Report and Recommendation filed by the
18
      Honorable Mary Alice Theiler, United States Magistrate Judge.  Dkt. # 25.  Judge Theiler recommends
19
      denial of the petition because petitioner's detention has not extended beyond the mandatory ninety-day
20
      removal period.  *Id.*  Subsequent to the filing of the Report and Recommendation, respondent has
21
      notified the Court that petitioner has been released from detention, and asks that the petition be
22
      dismissed for lack of subject matter jurisdiction.  Dkt. # 28.
23
             Having considered the Report and Recommendation, plaintiff's Objections, and respondent's
24
      notice of release, and the balance of the record, the Court does hereby find and ORDER:
25
             (1) The Report and Recommendation is APPROVED and ADOPTED;
26
             (2) The Petition for Writ of Habeas Corpus (Dkt. # 7) is DENIED;
27

28    ORDER - 1

1       (3) Respondents' motion to dismiss is GRANTED and the action is DISMISSED with prejudice.

2   All other pending motions are STRICKEN as moot.

3       (4)  The Clerk is directed to copies of this Order to petitioner and to the Honorable Mary Alice

4   Theiler.

5       Dated this 2nd day May 2013.

6

7

                    RICARDO S. MARTINEZ
8                   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER - 2